IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL THEDE'S RACE TECH, INC., a California corporation,<br><br>    Plaintiff/Counterdefendant<br><br>vs.<br><br>SPECTRUM FABRICATION, INC., a Michigan corporation doing business as RACER TECH; and DOES 1 through 5, inclusive,<br><br>    Defendant/Counterclaimant | Case No. 5:14-cv-1481-DDP (SPx)<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER** |

Having reviewed the parties' Stipulated Protective Order submitted by the parties on October 26, 2015, and for all the reasons set forth therein, this Court hereby affirms and enters the Stipulated Protective Order as submitted.

**IT IS SO ORDERED**

Dated: November 5, 2015

_____
Sheri Pym
United States Magistrate Judge